NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UBICOMM, LLC,**
*Plaintiff-Appellant,*

**v.**

**ACE HARDWARE CORPORATION, BULBS.COM INCORPORATED, DICK'S SPORTING GOODS INC., GNC HOLDINGS INC., EBAY INC., SMARTPAK EQUINE LLC, THINKGEEK INC., V. F. CORPORATION, ZAPPOS IP, INC., WAL-MART STORES, INC., NEIMAN MARCUS GROUP, INC.,** AND **CROCS INC.,**
*Defendants-Appellees.*

---

2014-1092, -1099, -1100, -1101, -1102, -1103, -1104, -1105, -1106, -1217, -1245, -1249

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00869-RGA, 1:13-cv-00872-RGA, 1:13-cv-00874-RGA, 1:13-cv-00876-RGA, 1:13-cv-01019-RGA, 1:13-cv-01022-RGA, 1:13-cv-01024-RGA, 1:13-cv-01026-RGA, 1:13-cv-01029-RGA, 1:13-cv-01876-RGA, 1:13-cv-00882-RGA, and 1:13-cv-00873-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------

## UBICOMM, LLC,
*Plaintiff-Appellant,*

**v.**

## BLUE RIBBON MOTORING, LLC AND WILLIAMS-SONOMA, INC.,
*Defendants-Appellees.*

————————————

2014-1359

————————————

Appeal from the United States District Court for the Southern District of California in Nos. 3:13-cv-01361-H-BGS, 3:13-cv-01362-H-BGS, and 3:13-cv-01363-H-BGS, Judge Marilyn L. Huff.

————————————

## O R D E R

Upon consideration of the joint motion to withdraw the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS A MANDATE: July 31, 2014